**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

---

ELIAS JONADAB GOMEZ GOMEZ,

Petitioner,

v. No. 2:26-cv-02337-MLG-JFR

WARDEN, et al,

Respondents.

**ORDER OF DISMISSAL**

This matter is before the Court on Elias Jonadab Gomez Gomez's pro se 28 U.S.C. § 2241 Habeas Petition, Doc. 1, and Respondent's Status Report, Doc. 10. Gomez Gomez was an immigration detainee when this case was filed and the Petition challenges his prolonged detention without due process. Doc. 1. Respondent's status report shows that Gomez Gomez was deported to Guatemala on August 28, 2026 and is no longer in immigration detention. Doc. 10. Accordingly, the case is moot and the Court orders that the Petition be dismissed without prejudice. *See Ferry v. Gonzales*, 457 F.3d 1117, 1132 (10th Cir. 2006) (concluding § 2241 claims are generally moot after petitioner's release or removal). The Court also denies as moot Gomez Gomez's pending Motion for Temporary Protective Order, Doc. 3, and Motion to Withdraw Petition, Doc. 8. A final judgment will be entered separately.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA